# First District Court of Appeal
## State of Florida

———————————————

No. 1D16-4967

———————————————

Karl Ronald Menz,

　　Appellant,

　　v.

State of Florida,

　　Appellee.

———————————————

On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

May 7, 2018

Per Curiam.

　　Affirmed.

Lewis, Ray, and Osterhaus, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Andy Thomas, Public Defender, and Barbara J. Busharis, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Virginia Harris, Assistant Attorney General, Tallahassee, for Appellee.